# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROY-G-BIV Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ABB, Ltd., ABB, Inc., MEADWESTVACO TEXAS, LP and MEADWESTVACO CORPORATION, <br><br> Defendants. | Case No. 6:11-CV-00622-LED |
| ROY-G-BIV Corporation, <br><br> Plaintiff, <br><br> and <br><br> HONEYWELL INTERNATIONAL, INC. MOTIVA ENTERPRISES, LLC, <br><br> Defendants. | Case No. 6:11-cv-00623-LED |
| ROY-G-BIV Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> SIEMENS CORP., et al., <br><br> Defendants. | Case No. 6:11-CV-00624-LED <br><br> JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Roy-G-Biv Corporation ("Plaintiff") as well as Defendants Siemens Corporation, Siemens Industry, Inc., Siemens Product Lifecycle Management Software, Inc., Siemens Product Lifecycle Management Software II (US) Inc., and Siemens AG ("Defendants"), by and through their respective counsel,

hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action. Each party shall bear its own attorneys' fees and costs.

By: */s/ Melissa R. Smith*
Melissa R. Smith (S.B.N. 24001351)
Melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Gregg F. LoCascio, P.C., Lead Counsel (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (*pro hac vice*)
sean.mceldowney@kirkland.com
Christopher R. Nalevanko (*pro hac vice*)
christopher.nalevanko@kirkland.com
KIRKLAND & ELLIS LLP
655 15th St. N.W., Suite 1200
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

**ATTORNEYS FOR DEFENDANTS SIEMENS CORPORATION, SIEMENS INDUSTRY, INC., SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE, INC., SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE II (US) INC., and SIEMENS AG**

*/s/ Richard S. Meyer*
William A. Isaacson
D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Telephone:  202.237.2727
Fax:  202.237.6131
E-mail:  wisaacson@bsfllp.com

E-mail: munderhill@bsfllp.com
E-mail: rmeyer@bsfllp.com
E-mail: plafferty@bsfllp.com

/s/ *Gregory P. Love*
Gregory P. Love
Texas Bar No. 24013060
STEVENS LOVE
P. O. Box 3427
Longview, Texas 75606-3427
Telephone: (903) 753-6760
Facsimile: (903) 753-6761
greg@stevenslove.com

Lance Lubel
Lead Attorney
Texas Bar No. 12651125
Adam Q. Voyles
Texas BarNo. 24003121
LUBEL VOYLES, LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 284-5200
Facsimile: (713) 284-5250
lance@lubelvoyles.com
adam@lubelvoyles.com

Russell A. Chorush
Texas State Bar No. 24031948
HEIM, PAYNE & CHORUSH, L.L.P.
JP Morgan Chase Tower
600 Travis Street, Suite 6710
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
rchorush@hpcllp.com

**ATTORNEYS FOR PLAINTIFF
ROY-G-BIV CORPORATION**

3

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 6th day of January 2014.

/s/ *Gregory P. Love*
Gregory P. Love